**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BEARINGPOINT, INC., et al., | Case No. 09-10691 (REG) |
| Debtors. | (Jointly Administered) |
| JOHN DeGROOTE SERVICES, LLC | Adversary No. 10-03269 (REG) |
| Plaintiff, | |
| v. | |
| CANON BUSINESS SOLUTIONS, INC., | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff John DeGroote Services, LLC, in its capacity as Liquidating Trustee of the BearingPoint, Inc. Liquidating Trust (the "Liquidating Trustee") and defendant Canon Business Solutions, Inc. ("Canon") that the time for Canon to answer or otherwise move with respect to the complaint filed in this matter is extended through and including August 2, 2010.

The pretrial conference scheduled by the Court on August 4, 2010 at 9:30 a.m. will proceed as scheduled.

[SIGNATURES ON NEXT PAGE]

By: /s/_____  
      JOHN M. AUGUST

HERRICK, FEINSTEIN LLP  
Paul Rubin  
John M. August  
2 Park Avenue  
New York, New York  10016  
Telephone:  (212) 592-1400  
Facsimile:  (212) 592-1500  
Dated: July __, 2010

***Attorneys for Canon Business Solutions, Inc.***

By: /s/_____  
      BASIL UMARI

MCKOOL SMITH P.C.  
Peter S. Goodman  
Sachin S. Bansal  
One Bryant Park, 47th Floor  
New York, NY 10036  
Telephone:  (212) 402-9400  
Facsimile: (212) 402-9444  
Dated:  July __, 2010

      - and-

MCKOOL SMITH P.C.  
Basil Umari (*pro hac vice*)  
Nicholas Zugaro (*pro hac vice*)  
600 Travis, Ste. 7000  
Houston, TX 77002  
Telephone: (713) 485-7304  
Facsimile (713) 485-7344

***Attorneys for Liquidating Trustee***

**SO ORDERED:**

Dated:  New York, New York  
      ***July 13, 2010***

***s/ Robert E. Gerber***  
Honorable ROBERT E. GERBER  
United States Bankruptcy Judge