HERRICK, FEINSTEIN LLP
Paul Rubin
prubin@herrick.com
John M. August
jaugust@herrick.com
2 Park Avenue
New York, New York 10016
Telephone (212) 592-1400
Attorneys for Canon Business Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BEARINGPOINT, INC., et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-10691 (REG)<br><br>(Jointly Administered) |
| JOHN DeGROOTE SERVICES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>CANON BUSINESS SOLUTIONS, INC.,<br><br>    Defendant. | Adversary No. 10-03269 (REG)<br><br><br>**RULE 7007.1 STATEMENT** |

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel of record for a corporate party certifies that:

Defendant Canon Business Solutions, Inc. is a wholly owned subsidiary of Canon U.S.A., Inc., and Canon U.S.A., Inc. is a wholly owned subsidiary of Canon Inc. of Tokyo, Japan.

HERRICK, FEINSTEIN LLP

By: /s/ Paul Rubin
Paul Rubin
prubin@herrick.com
2 Park Avenue
New York, New York 10016
Telephone (212) 592-1400

Dated: New York, New York
       August 2, 2010

Attorneys for Canon Business Solutions, Inc.

HF 5978718v.1 #14108/0001